2006-00470
vgom

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA     Hon. _____

        v.                  CRIM. NO. 06-638 (JLL)

MARIE ELENA CLAYTON       29 U.S.C. § 501(c)

---

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges that:

1. At all times relevant to this Indictment:

(a) Local 236A of the Glass Molders\Plastics International Union was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(i) and 402(j). It represented and admitted to membership persons employed as factory workers at the Lenox China Plant in Pomona, New Jersey.

(b) Defendant MARIE ELENA CLAYTON was the Secretary Treasurer of Local 236A from 1994 through August 2004. As such, she was a fiduciary who occupied a position of trust pursuant to Title 29, United States Code, Section 501. As a fiduciary, her duties were, among others: (1) to act solely in the interests of Local 236A and its members; (2) to avoid acting in her own personal self-interest; and (3) to avoid acting on behalf of any party whose interests were adverse to the interests of Local

236A.

2. From at least in or about February 2002 through at least in or about February 2004, in Ocean County, in the District of New Jersey and elsewhere, the Defendant,

MARIE ELENA CLAYTON,

did knowingly and willfully embezzle, steal, and unlawfully convert to her own use and the use of others, money and funds of Local 236A, a labor organization of which she was an officer and an employee, totaling in excess of $40,000.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

UNITED STATES OF AMERICA

v.

MARIE ELENA CLAYTON

INDICTMENT

29 U.S.C. § 501(c)

CHRISTOPHER J. CHRISTIE
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

V. GRADY O'MALLEY
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*